UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER MARRION YOUNGBLOOD,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>Defendants. | No.  2:24-cv-2649 CSK P<br><br><br><br>ORDER |

Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 7, 2024, this Court dismissed plaintiff's complaint with thirty days to file an amended complaint.  (ECF No. 8.)  On December 11, 2024, plaintiff filed the Notice of Amendment form indicating his intent to file an amended complaint.  (ECF No. 12.)  Plaintiff did not file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action.

Dated:  December 18, 2024

Young2649.ord/2

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1