UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER MARRION YOUNGBLOOD, | No.  2:24-cv-2649 CSK P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| SOLANO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the following reasons, this Court recommends that this action be dismissed.

On November 7, 2024, this Court dismissed plaintiff's complaint with thirty days to file an amended complaint  (ECF No. 8.)  On December 18, 2024, this Court granted plaintiff a thirty-day extension of time to file an amended complaint. (ECF No. 13.)  In the December 18, 2024 order, this Court warned plaintiff that failure to file an amended complaint within that time would result in a recommendation of dismissal of this action.  (Id.)  Thirty days passed from December 18, 2024 and plaintiff did not file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

///

1

1       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u>
2  Local Rule 110; Fed. R. Civ. P. 41(b).
3       These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5  after being served with these findings and recommendations, plaintiff may file written objections
6  with the court and serve a copy on all parties.  Such a document should be captioned
7  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
8  failure to file objections within the specified time may waive the right to appeal the District
9  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 27, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Young2649.fta/2

2