UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER MARRION YOUNGBLOOD,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:24-cv-02649-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 14) |

Plaintiff Mister Marrion Youngblood is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice, essentially due to plaintiff's failure to prosecute this action. (Doc. No. 14 at 2.) Specifically, the magistrate judge noted that, following dismissal of plaintiff's complaint with leave to amend, plaintiff had failed to file an amended complaint despite having been granted a thirty-day extension of time to do so following the initial thirty-day period. (*Id.* at 1.)

/////

 The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 27, 2025 (Doc. No. 14) are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **May 7, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2